IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANGING THE WORLD FILMS, LLC, SELTON SHAW, and LANGSTON SHAW,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATHANIEL PARKER *a/k/a* NATE PARKER, TM FILM FINANCE, LLC *d/b/a* TM FILMS, TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, VERTICAL ENTERTAINMENT, LLC, SHELTON JACKSON LEE *a/k/a* SPIKE LEE, and ASP FILM, LLC<br><br>*Defendants*. | Case No. 1:21-cv-2787-DLF |

**JOINT MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT AND TO SET A BRIEFING SCHEDULE**

Plaintiffs Changing the World Films, LLC, Selton Shaw, and Langston Shaw (collectively, "Plaintiffs") and Defendants Nathaniel Parker (sued as Nathaniel Parker *a/k/a* Nate Parker), Tiny Giant Productions, LLC (sued as Tiny Giant Productions, LLC *d/b/a* Tiny Giant Entertainment), ASP Film, LLC, TM Film Finance LLC (sued as TM Film Finance LLC *d/b/a* TM Films), Vertical Entertainment, LLC, and Shelton Jackson Lee *p/k/a* Spike Lee (collectively, "Defendants"), by and through their undersigned counsel, respectfully submit this joint motion requesting that the Defendants' time to answer, move, or otherwise respond to the Complaint be extended to December 17, 2021, and that the parties follow the briefing schedule set forth below. In support of their motion, the Plaintiffs and Defendants state as follows:

1. On October 20, 2021, Plaintiffs filed a Complaint against Defendants.

2. All defendants are represented by counsel.

3. In the interest of judicial efficiency, Defendants, individually by and on behalf of themselves, have agreed to accept service of the Summons and Complaint and waive any defenses or arguments relating to any alleged defects in service of process of the Summons and Complaint, in exchange for an extension of time to respond to the Complaint until December 17, 2021. Defendants do not waive any other defenses, including but not limited to lack of personal jurisdiction.

4. The parties have further agreed to a proposed schedule for responding to any motion or answer filed by Defendants. Pursuant to this schedule, the deadline for Plaintiffs to oppose or respond to any motion(s) or answer(s) filed by Defendants by December 17, 2021 or to amend their Complaint, shall be January 28, 2022, and the deadline for Defendants to reply to any opposition filed by Plaintiffs or for Defendants to respond (including by filing any motion or any answer) to any amended complaint filed by Plaintiffs(should Plaintiffs file such) shall be February 25, 2022.

5. The relief requested herein is for good cause and will not result in undue delay in the administration of this case. The parties have not previously requested any enlargements of time in this case, and no dates have been set for a pretrial conference or trial.

WHEREFORE, the parties respectfully request that the Court extend the Defendants' time to respond to the Complaint until December 17, 2021, and order that the deadline for Plaintiffs to oppose or respond to any motion(s) or answer(s) filed by Defendants by December 17, 2021, or amend their Complaint, shall be January 28, 2022, and the deadline for Defendants to reply to any opposition filed by Plaintiffs shall be February 25, 2022.

Dated: November 11, 2021

Respectfully submitted,

| | |
|---|---|
| /s/ Chloe M. Houdre | /s/ Alison Schary |
| Joshua I. Schiller (*pro hac to be filed*) | Alison Schary (Bar No. 1014050) |
| Benjamin Margulis (*pro hac to be filed*) | Davis Wright Tremaine LLP |
| Chloe M. Houdre (D.C. Bar No. 1659715) | 1301 K Street NW, Suite 500 |
| Boies Schiller Flexner LLP | Washington, DC 20005 |
| 1401 New York Ave, NW | Tel: (202) 973-4248 |
| Washington, D.C. 20005 | alisonschary@dwt.com |
| Tel: (202) 237-2727 | |
| jischiller@bsfllp.com | Nicolas A. Jampol (*pro hac to be filed*) |
| bmargulis@bsfllp.com | Cydney Swofford Freeman (*pro hac to be filed*) |
| choudre@bsfllp.com | Samantha Lachman (*pro hac to be filed*) |
| | Davis Wright Tremaine LLP |
| /s/ Leonard C. Bennett | 865 S. Figueroa Street, Suite 2400 |
| Leonard C. Bennett (D.C. Bar No. 979516) | Los Angeles, CA 90017 |
| Bennett & Bennett Law Group, LLC | Tel: (213) 633-8651 |
| 5000 Sunnyside Avenue, Suite 101 | nicolasjampol@dwt.com |
| Beltsville, Maryland 20705 | cydneyfreeman@dwt.com |
| Tel: (240)398-3140 | samlachman@dwt.com |
| Leonard@bblegal.net | |
| | *Counsel for Nathaniel Parker, Tiny Giant* |
| *Counsel for Plaintiffs* | *Productions, LLC, ASP Film, LLC, TM Film* |
| | *Finance LLC, and Vertical Entertainment, LLC* |

/s/ Frank C. Morris, Jr.
Frank C. Morris, Jr. (Bar No. 211482)
Epstein Becker & Green LLP
1227 25th Street, NW
Suite 700
Washington, D.C. 20037
Tel: (202) 861-1880
fmorris@ebglaw.com

*Counsel for Shelton Jackson Lee p/k/a Spike Lee*