IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANGING THE WORLD FILMS, LLC, SELTON SHAW, and LANGSTON SHAW,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>NATHANIEL PARKER *a/k/a* NATE PARKER, TM FILM FINANCE, LLC *d/b/a* TM FILMS, TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, VERTICAL ENTERTAINMENT, LLC, SHELTON JACKSON LEE *a/k/a* SPIKE LEE, and ASP FILM, LLC,<br><br>    *Defendants*. | Case No. 1:21-cv-2787-DLF<br><br>ORAL HEARING REQUESTED |

**DEFENDANTS NATHANIEL PARKER, TINY GIANT PRODUCTIONS, LLC, ASP FILM, LLC, TM FILM FINANCE LLC, AND VERTICAL ENTERTAINMENT, LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance LLC, and Vertical Entertainment, LLC (collectively, the "Moving Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), hereby move to dismiss with prejudice the claims asserted against them in the complaint of plaintiffs Changing the World Films, LLC, Selton Shaw, and Langston Shaw (collectively, "Plaintiffs").

In support of the motion, the Moving Defendants rely on the accompanying memorandum of points and authorities (the "Memorandum"), and the declarations of Nathaniel Parker, Mark Burg, Peter Jarowey, and Cydney Swofford Freeman and accompanying exhibit. As set forth in the Memorandum and declarations, each of the Moving Defendants lacks the minimum contacts with the District of Columbia that would justify the exercise of personal

jurisdiction over them under the long-arm statute of the District of Columbia, D.C. Code § 13-423, or the due process clause of the U.S. Constitution.  In addition, the complaint fails to state a claim for direct, contributory, or vicarious copyright infringement because (i) Plaintiffs fail to adequately allege that the Moving Defendants accessed Plaintiffs' work, (ii) Plaintiffs cannot show that the works at issue are substantially similar, and (iii) Plaintiffs cannot sustain claims for contributory or vicarious infringement absent grounds for direct copyright infringement.

Because amendment of the complaint would be futile, the complaint should be dismissed with prejudice.

### REQUEST FOR HEARING

The Moving Defendants respectfully request a hearing on their motion to dismiss.

DATED: December 17, 2021                    Respectfully submitted,

/s/ *Nicolas A. Jampol*
Nicolas A. Jampol (*pro hac vice*)
Cydney Swofford Freeman (*pro hac vice*)
Samantha Lachman (*pro hac vice*)
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-8651
nicolasjampol@dwt.com
cydneyfreeman@dwt.com
samlachman@dwt.com

Alison Schary (Bar No. 1014050)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500
Washington, DC  20005
Tel: (202) 973-4248
alisonschary@dwt.com

*Counsel for Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance, LLC, and Vertical Entertainment, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance LLC, and Vertical Entertainment, LLC's motion to dismiss, as well as the supporting memorandum of points and authorities, the declarations of Nathaniel Parker, Mark Burg, Peter Jarowey, and Cydney Swofford Freeman, notice of exhibit not formatted for electronic filing regarding Exhibit 1 to the Freeman declaration, and proposed order to be filed and served electronically via the Court's ECF system upon all counsel of record.  I further caused Exhibit 1 to be manually served on counsel of record for plaintiffs and defendant Shelton Jackson Lee.

Dated: December 17, 2021

/s/ *Nicolas A. Jampol*
Nicolas A. Jampol