IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANGING THE WORLD FILMS, LLC, SELTON SHAW, and LANGSTON SHAW,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATHANIEL PARKER *a/k/a* NATE PARKER, TM FILM FINANCE, LLC *d/b/a* TM FILMS, TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, VERTICAL ENTERTAINMENT, LLC, SHELTON JACKSON LEE *a/k/a* SPIKE LEE, and ASP FILM, LLC,<br><br>*Defendants*. | Case No. 1:21-cv-2787-DLF |

**DECLARATION OF NATHANIEL PARKER IN SUPPORT OF
MOVING DEFENDANTS' MOTION TO DISMISS**

I, Nathaniel Parker, hereby declare as follows:

1.  I am over the age of eighteen and have personal knowledge of the matters stated below, and if called to testify, I could and would competently testify to these facts.

2.  I submit this declaration in support of the motion to dismiss filed by defendants Nathaniel Parker, Tiny Giant Productions, LLC ("Tiny Giant"), ASP Film, LLC ("ASP Film"), TM Film Finance, LLC, and Vertical Entertainment, LLC (collectively, "Moving Defendants").

3.  I am the manager and creative director of Tiny Giant d/b/a Tiny Giant Entertainment, which produced *American Skin*. I also wrote and directed the film. As a result, I am familiar with the production of *American Skin*. Tiny Giant is headquartered in Encino, California and is organized under California law.

1

4. I am also the manager of ASP Film, which also produced *American Skin*. ASP Film is headquartered in Woodland Hills, California and is organized under California law.

5. Neither Tiny Giant nor ASP Film has offices or employees in the District of Columbia.

6. Neither Tiny Giant nor ASP Film conducted business with District of Columbia entities or individuals relating to *American Skin*.

7. I wrote *American Skin* in Los Angeles. It was filmed in Los Angeles. I did not write, direct, or produce any aspect of *American Skin* in the District of Columbia.

8. I do not have any offices or employees in the District of Columbia.

9. I did not conduct business with District of Columbia entities or individuals in connection with the writing and directing of *American Skin*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Los Angeles, California this 17th day of December, 2021.

_____
Nathaniel Parker