**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHANGING THE WORLD FILMS, LLC, SELTON SHAW, and LANGSTON SHAW,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATHANIEL PARKER *a/k/a* NATE PARKER, TM FILM FINANCE, LLC *d/b/a* TM FILMS, TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, VERTICAL ENTERTAINMENT, LLC, SHELTON JACKSON LEE *a/k/a* SPIKE LEE, and ASP FILM, LLC,<br><br>*Defendants*. | Case No. 1:21-cv-2787-DLF |

**DECLARATION OF MARK BURG IN SUPPORT OF
<u>MOVING DEFENDANTS' MOTION TO DISMISS</u>**

I, Mark Burg, hereby declare as follows:

1. I am over the age of eighteen and have personal knowledge of the matters stated below, and if called to testify, I could and would competently testify to these facts.

2. I submit this declaration in support of the motion to dismiss filed by defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance, LLC ("TM Film"), and Vertical Entertainment, LLC (collectively, "Moving Defendants").

3. TM Film financed and owns all rights to *American Skin*.

4. I am the manager of TM Film. I oversaw the company's agreement with ASP Film, LLC, under which ASP Film, LLC produced *American Skin* with financing from TM Film.

1

5. TM Film is headquartered in Los Angeles, California and is organized under California law. The persons most knowledgeable about TM Film's operations and its role regarding *American Skin* reside in the Los Angeles metropolitan area. TM Film negotiated its agreements related to *American Skin* through its employees and agents in the Los Angeles metropolitan area.

6. TM Film does not have any offices or employees in the District of Columbia. None of the company's members or owners are residents of the District of Columbia. The company does not conduct business in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Los Angeles, California this 17th day of December, 2021.

_____
Mark Burg