IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANGING THE WORLD FILMS, LLC, SELTON SHAW, and LANGSTON SHAW, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATHANIEL PARKER *a/k/a* NATE PARKER, TM FILM FINANCE, LLC *d/b/a* TM FILMS, TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, VERTICAL ENTERTAINMENT, LLC, SHELTON JACKSON LEE *a/k/a* SPIKE LEE, and ASP FILM, LLC, <br><br> *Defendants*. | Case No. 1:21-cv-2787-DLF |

**DECLARATION OF PETER JAROWEY IN SUPPORT OF
<u>MOVING DEFENDANTS' MOTION TO DISMISS</u>**

I, Peter Jarowey, declare as follows:

1.  I am over the age of eighteen and have personal knowledge of the matters stated below, and if called to testify, I could and would competently testify to these facts.

2.  I submit this declaration in support of the motion to dismiss filed by defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance, LLC, and Vertical Entertainment, LLC ("Vertical") (collectively, "Moving Defendants").

3.  Vertical distributed *American Skin*.

4.  I am an owner and officer of at Vertical. In said capacity, I oversee the day-to-day business affairs of Vertical including the acquisition, distribution, and sales of all of Vertical's titles. As a result, I am familiar with Vertical's distribution of *American Skin*.

1

5. Vertical is headquartered in Los Angeles, California and is organized under California law.  The persons most knowledgeable about Vertical's operations and its role in distributing *American Skin* reside in the Los Angeles metropolitan area.  Vertical's sales and marketing efforts to distribute the film principally took place within the Los Angeles metropolitan area.

6. The film was released theatrically throughout the United States in approximately 80 theaters, none of which were in the District of Columbia.  As part of such efforts, Vertical did not market or promote *American Skin* in the District of Columbia.  Vertical provided *American Skin* to certain video-on-demand and streaming platforms but Vertical had no direct involvement in making the film accessible to District of Columbia residents through such platforms.  Vertical Entertainment does not own or operate any video-on-demand or streaming platforms.

7. Vertical Entertainment does not have any offices or employees in the District of Columbia.  None of the company's members or owners are residents of the District of Columbia.  The company does not conduct business in the District of Columbia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Los Angeles, California this 16th day of December, 2021.

_____
Peter Jarowey