IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANGING THE WORLD FILMS, LLC, SELTON SHAW, and LANGSTON SHAW,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATHANIEL PARKER *a/k/a* NATE PARKER, TM FILM FINANCE, LLC *d/b/a* TM FILMS, TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, VERTICAL ENTERTAINMENT, LLC, SHELTON JACKSON LEE *a/k/a* SPIKE LEE, and ASP FILM, LLC,<br><br>*Defendants*. | Case No. 1:21-cv-2787-DLF |

**DECLARATION OF CYDNEY SWOFFORD FREEMAN IN SUPPORT OF
MOVING DEFENDANTS' MOTION TO DISMISS**

I, Cydney Swofford Freeman, hereby declare as follows:

1.  I am an attorney admitted to practice before all courts of the State of California and admitted *pro hac vice* to this Court for this matter. I am an associate in the law firm of Davis Wright Tremaine LLP, and I am one of the attorneys representing defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance, LLC, and Vertical Entertainment, LLC (collectively, "Moving Defendants") in this matter. I am over the age of eighteen and have personal knowledge of the matters stated below, and if called to testify, I could and would competently testify to these facts.

2.  The Moving Defendants' concurrently filed motion to dismiss and accompanying memorandum of points and authorities cites to a true and correct DVD copy of the Moving

Defendants' film *American Skin* as **Exhibit 1**.  Because this exhibit is in DVD format and is exempted from the Court's e-filing requirements pursuant to LCvR 5.4(e)(1), copies of this DVD are being maintained in the Moving Defendants' possession, and the Moving Defendants are serving the DVD exhibit on all other counsel of record.  The Moving Defendants have additional copies of Exhibit 1 and can provide the Court with any such copies upon its request, pursuant to this Court's standing order.  *See* Dkt. 2 ¶ 3(d).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Los Angeles, California this 16th day of December, 2021.

*/s/ Cydney Swofford Freeman*
Cydney Swofford Freeman