IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANGING THE WORLD FILMS, LLC, SELTON SHAW, and LANGSTON SHAW, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATHANIEL PARKER *a/k/a* NATE PARKER, TM FILM FINANCE, LLC *d/b/a* TM FILMS, TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, VERTICAL ENTERTAINMENT, LLC, SHELTON JACKSON LEE *a/k/a* SPIKE LEE, and ASP FILM, LLC, <br><br> *Defendants*. | Case No. 1:21-cv-2787-DLF |

## NOTICE OF EXHIBIT NOT FORMATTED FOR ELECTRONIC FILING

Exhibit 1 to the declaration of Cydney Swofford Freeman, in support of defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance LLC, and Vertical Entertainment, LLC's (collectively, "Moving Defendants") motion to dismiss and accompanying memorandum of authorities, is in DVD format and is thus exempted from the Court's e-filing requirement pursuant to LCvR 5.4(e)(1). In accordance with LCvR 5.4(e)(1), copies of this DVD exhibit are being maintained in the Moving Defendants' possession, and Moving Defendants have served the DVD exhibit on all other counsel of record. The Moving Defendants have additional copies of Exhibit 1 and can provide the Court with any such copies upon its request, pursuant to this Court's standing order. *See* Dkt. 2 ¶ 3(d).

DATED: December 17, 2021								Respectfully submitted,

/s/ *Nicolas A. Jampol*
Nicolas A. Jampol (*pro hac vice*)
Cydney Swofford Freeman (*pro hac vice*)
Samantha Lachman (*pro hac vice*)
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-8651
nicolasjampol@dwt.com
cydneyfreeman@dwt.com
samlachman@dwt.com

Alison Schary (Bar No. 1014050)
Davis Wright Tremaine LLP
1301 K Street NW, Suite 500
Washington, DC  20005
Tel: (202) 973-4248
alisonschary@dwt.com

*Counsel for Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance, LLC, and Vertical Entertainment, LLC*
