IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHANGING THE WORLD FILMS, LLC, SELTON SHAW, and LANGSTON SHAW,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATHANIEL PARKER *a/k/a* NATE PARKER, TM FILM FINANCE, LLC *d/b/a* TM FILMS, TINY GIANT PRODUCTIONS, LLC *d/b/a* TINY GIANT ENTERTAINMENT, VERTICAL ENTERTAINMENT, LLC, SHELTON JACKSON LEE *a/k/a* SPIKE LEE, and ASP FILM, LLC,<br><br>*Defendants*. | Case No. 1:21-cv-2787-DLF |

**[PROPOSED] ORDER**

Upon consideration of the motion filed by defendants Nathaniel Parker, Tiny Giant Productions, LLC, ASP Film, LLC, TM Film Finance LLC, and Vertical Entertainment, LLC (collectively, the "Moving Defendants"), to dismiss plaintiffs Changing the World Films, LLC, Shelton Shaw, and Langston Shaw's (collectively, "Plaintiffs") complaint, Plaintiffs' corresponding opposition, and any reply briefing and oral argument, and for good cause shown, it is hereby ordered that the Moving Defendants' motion to dismiss the complaint is granted and that the claims against the Moving Defendants are dismissed with prejudice.

So Ordered this ___ day of _____, 2021.

_____
Dabney L. Friedrich
United States District Judge

1